■ BARNETT NEWMAN, Appellant, v. AD REINHARDT et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Construction of the Will of ARTHUR B. EMMONS, Deceased. GEORGE B. EMMONS et al., Appellants; BANK OF NEW YORK, as Trustee under the Will of ARTHUR B. EMMONS, Deceased, et al., Respondents. — Order unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the principal trust. No opinion. Concur — Breitel, Rabin, Frank, Valente and McNally, JJ.

■ IRVING NOVIS, Appellant, v. HOWARD J. FRANKEL, Respondent. HOW-ARD J. FRANKEL, Plaintiff, v. IRVING NOVIS, Defendant. IRVING NOVIS, Appellant, v. MANASSEH ELSON, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ EDWARD M. NASH, Appellant, v. MAX FRANK, Individually and as Executor of LOUIS B. FRANK, Deceased, et al., Respondents, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ SIMON METRIK, Respondent, v. ALEXANDER ROTHMAN et al., Appellants. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Frank, Valente and McNally, JJ.

■ ROBERT F. SHEPPARD, Respondent, v. COOPERS' INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ ELLA M. WALKER, Respondent, v. JAMES W. WALKER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ RICHARD F. HOGAN, Respondent-Appellant, v. CHESS SERVICE CO., INC., et al., Appellants-Respondents.— Judgment in favor of plaintiff, after nonjury trial, unanimously reversed and a new trial ordered, with costs of this appeal to abide the event. Plaintiff failed to make out a prima facie case of defendants' negligence, but we are not satisfied that he is not entitled to a better presentation, especially if an examination before trial of defendant should be first obtained. Accordingly, in the interests of justice there should be a new trial. In the light of this disposition no view is expressed with respect to the adequacy or inadequacy of the award. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

## SECOND DEPARTMENT, MAY, 1957

## (May 6, 1957)

■ HAROLD R. ELLIS, Appellant, v. SOUTH OAK HOMES, INC., Respondent. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ JOSEPH HARRIS, Appellant, v. NICOLINA PALIOTTO, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion to extend time to serve an amended